CHARLES D. FOX, Appellant, *v.* BESSIE F. SMITH, Respondent.

*Fox* v. *Smith,* 123 App. Div. 369, reversed.
(Argued December 1, 1909; decided December 17, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1908, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of the defendant entered upon a dismissal of the complaint in an action to recover for an alleged breach of contract.

*Henry C. Burnstine* for appellant.

*Arthur K. Wing* for respondent.

Judgment reversed, new trial granted, costs to abide event, on dissenting opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT, HAIGHT and CHASE, JJ.